IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KARL THOMAS, an individual, | CV 24-58-M-DLC-KLD |
| Plaintiff, | |
| vs. | ORDER |
| SANDERS COUNTY SHERIFF'S DEPARTMENT, a municipal corporation, LAURIE HINES, an individual, and ROBERT T. DAY, an individual, | |
| Defendants. | |

Plaintiff Karl Thomas has filed a motion for entry of default against Defendant Robert T. Day pursuant to Fed. R. Civ. P. 55. (Doc. 45). Day has failed to appear or answer the complaint within the time prescribed by law. Accordingly,

IT IS ORDERED that Plaintiffs' motion is GRANTED. The Clerk of Court is directed to enter default against Defendant Robert T. Day pursuant to Rule 55(a).

DATED this 23rd day of June, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1