IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KARL THOMAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SANDERS COUNTY and LAURIE HINES, an individual,<br><br>Defendants. | CV 24-58-M-KLD |

On June 29, 2026, Plaintiff Karl Thomas filed a Motion to Compel Discovery from Defendant Laurie Hines. (Doc. 80). Plaintiff served a copy of the motion to compel and supporting brief on Hines by U.S. Postal Service first-class mail at her address of record with the Court. (Docs. 80 at 4; 81 at 5). Hines is proceeding pro se and did not respond to Plaintiff's motion.

On September 4, 2026, the Court issued an order setting a Zoom discovery status conference for September 16, 2026, at 10:00 a.m. Mountain Time. (Doc. 85). That order was emailed to Hines at her email address on record with the Court. (Doc. 85). Hines failed to comply with the Court's order. She did not appear for the discovery status conference, did not seek a continuance, and has made no further filings in the case.

On September 18, 2026, Plaintiff filed a Notice of Service of Discovery confirming to the Court that on April 8, 2026, he served Hines with Plaintiff's First Set of Requests for Production (Doc. 90-1) and Plaintiff's First Set of Interrogatories (Doc. 90-2) by first-class mail and email at the physical and email addresses on record with the Court. (Doc. 90).

Having reviewed Plaintiff's discovery requests, and in light of Plaintiff's failure to respond or participate in the court-ordered discovery status conference,

**IT IS ORDERED** that Plaintiff's motion to compel (Doc. 80) is **GRANTED**. **Hines shall have until <u>November 2, 2026</u>, to respond to Plaintiff's First Set of Requests for Production and First Set of Interrogatories.** If Hines needs additional time to produce the requested discovery she must file a motion showing good cause for an extension of the November 2, 2026 deadline.

Federal Rule of Civil Procedure 16(f) provides that if a party fails to obey a "pretrial order" the court "may issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii)-(vii)." Fed. R. Civ. P. 16(f)(C). The sanctions listed in Rule 37(b)(2)(A) include "rendering a default judgment against the disobedient party." Fed. R. Civ. P. 37(b)(2)(A)(vi). Accordingly,

**<u>Hines is cautioned that failure comply with this and any other pretrial order may result in entry of default against her pursuant to Rule 55(a) and default judgment pursuant to Rules 16(f) and 37(b)(2)(A)(vi).</u>**

The Clerk of Court is directed to send a copy of this Order to Hines by email and first-class mail to the addresses of record with the Court.

DATED this 1st day of October, 2026.

Kathleen L. DeSoto
United States Magistrate Judge