IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

KARL THOMAS, an individual,

Plaintiff,

vs.

SANDERS COUNTY and LAURIE HINES, an individual,

Defendants.

CV 24-58-M-KLD

On October 29, 2026, the Court granted a joint motion by the parties to extend the discovery deadline and amend the remaining deadlines. (Doc. 94). The parties advised the Court in their joint motion that Defendant Hines has reengaged in the case and is working on providing discovery responses to the parties. (Doc. 93). The amended scheduling order extended the discovery deadline to February 27, 2027. (Doc. 94). In light of the amended scheduling order and the fact that the parties are currently working cooperatively to complete the discovery process,

IT IS ORDERED that Sanders County's Motion to Compel Discovery from Defendant Laurie Hines (Doc. 88) is DENIED AS MOOT.

DATED this 2nd day of November, 2026.

Kathleen L. DeSoto
United States Magistrate Judge